# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 1871<br>07-MD-01871 |

| | | |
|---|---|---|
| THIS DOCUMENT APPLIES TO: | : | HON. CYNTHIA M. RUFE |
| *UNITEDHEALTH GROUP, INC. v. GSK* | : | CIVIL ACTION NO. 11-3925 |
| and | : | |
| *HUMANA HEALTH PLAN, INC. v. GSK* | : | CIVIL ACTION NO. 11-4913 |

## ORDER

**AND NOW**, this 17th day of April 2013, upon consideration of the Motions for Remand and the opposition thereto, it is hereby **ORDERED** that the Motions are **GRANTED in part and DENIED in part** as follows:

1.    UnitedHealth Group, Inc. v. GlaxoSmithKline, LLC, Civil Action No. 11-3925, is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania, where it was filed at December Term 2010, No. 2871.

2.    Humana Health Plan, Inc. v. GlaxoSmithKline, LLC, Civil Action No. 11-4913, is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania, where it was filed at June Term 2011, No. 3270.

3.    The motion for fees and costs is **DENIED**.

It is so **ORDERED.**

BY THE COURT:

_____
CYNTHIA M. RUFE, J.